IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNINGTON PLASTERING, NEVADA,

Appellant,

vs.

GREYSTONE NEVADA, LLC, A FOREIGN LIMITED LIABILITY COMPANY; AND U.S. HOME CORPORATION, A FOREIGN CORPORATION,

Respondents.

No. 79119

FILED

AUG 19 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Susan Johnson, District Judge
Lansford W. Levitt, Settlement Judge
Luh & Associates
King & Durham PLLC
Eighth District Court Clerk

19·34754